Prob12B
D/NV Form
Rev. June 2014

# United States District Court
## for
## the District of Nevada

**REQUEST FOR MODIFICATION**
**TO CONDITIONS OF SUPERVISION WITH CONSENT OF OFFENDER**
*Probation Form 49 (Waiver of Hearing) is Attached*
**August 4, 2025**

Name of Offender: **Jarrod Allen Pounds**

Case Number: **3:24CR00038**

Name of Sentencing Judicial Officer: **Honorable Miranda M. Du**

Date of Original Sentence: **May 21, 2025**

Original Offense: **Violation of the Sex Offender Registration and Notification Act**

Original Sentence: **215 Days prison, followed by 120 Months TSR.**

Date Supervision Commenced: **May 27, 2025**

Name of Assigned Judicial Officer: **Honorable Miranda M. Du**

## PETITIONING THE COURT

☒ To modify the conditions of supervision as follows:

12. **Search and Seizure** – You must submit your person, property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, or office, to a search conducted by a United States Probation Officer or any law enforcement officer, at any time, based upon reasonable suspicion of unlawful conduct or a violation of a condition of supervision, without a search warrant. Failure to submit to a search may be grounds for revocation. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

## CAUSE

Mr. Pounds began his first term of supervised release on this case in intensive outpatient substance abuse treatment in the Las Vegas, Nevada, area. He has not obtained employment or approved housing in the same area and has no ties to Las Vegas. Because of his lack of ties in the District of Nevada where he would be able to obtain assistance to live in approved housing, he sought the approval of the Eastern District of California to supervise him as they have in the past.

RE: Jarrod Allen Pounds

Prob12B
D/NV Form
Rev. June 2014

The above noted condition modification is being requested at the request of the probation office in California to take the place of special condition number one which is already in place in the judgment filed May 21, 2025. Once this condition is amended, they are willing to accept supervision and possibly transfer of jurisdiction of Mr. Pounds cases soon after he arrives there.

Therefore, it is respectfully requested that special condition number one in the judgment be held in abeyance and that the above noted condition be added to the judgment in place as special condition number 12. This will allow Mr. Pounds to reside with his grandparents in California, which has already been approved as appropriate housing by the probation office there. It is believed that this will assist Mr. Pounds in being successful under his term of supervision. Mr. Pounds has agreed to this modification as noted by his signature on the attached PROB 49 form.

Respectfully submitted,

Digitally signed by Bryce Stark
Date: 2025.08.04 18:21:11 -07'00'

Bryce D. Stark
Senior United States Probation Officer

Approved:

Digitally signed by Erik Flocchini
Date: 2025.08.04 18:00:51 -07'00'

Erik Flocchini
Supervisory United States Probation Officer

RE: **Jarrod Allen Pounds**

Prob12B
D/NV Form
Rev. June 2014

---

### *THE COURT ORDERS*

☐     No Action.

☐     The extension of supervision as noted above.

X     The modification of conditions as noted above

☐     Other (please include Judicial Officer instructions below):

------------------------------------------------------------------------------------

------------------------------------------------------------------------------------

------------------------------------------------------------------------------------

Signature of Judicial Officer

August 5, 2025
Date

# UNITED STATES DISTRICT COURT
## District of Nevada

### Waiver of Hearing to Modify Conditions
### Of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You must submit your person, property, house, residence, vehicle, papers, computer, other electronic communications or data storage devices or media, or office, to a search conducted by a United States probation officer or any law enforcement officer at any time, based upon reasonable suspicion of unlawful conduct or a violation of a condition of supervision, without a search warrant. Failure to submit to a search may be grounds for revocation. You must warn any other occupants that the premises may be subject to searches pursuant to this condition.

Witness _____  Signed _____
U.S. Probation Officer                JARROD ALLEN POUNDS
                                      Probationer or Supervised Releasee

_____8-4-2025_____
Date

PROB 49